JOHN H. BRINK BAR NO. 28018
KATHRYN E. VAN HOUTEN BAR NO. 143402
IRSFELD, IRSFELD & YOUNGER LLP                           JS-6
100 W. Broadway, Ste. 900
Glendale, CA 91210
Telephone: (818) 242-6859
Facsimile: (818) 240-7728

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. 2:13-CV-05476 |
| Plaintiff, ) | CONSENT JUDGMENT |
| v. ) | |
| WILLIAM E. OSORIO, ) | |
| Defendant. ) | |
| _____ ) | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, and against Defendant, WILLIAM E. OSORIO, in the total amount of $3,435.03.

Dated: August 29, 2013          TERRY NAFISI, CLERK
                                United States District Court
                                Central District of California

                                _____
                                By: Deputy Clerk

1